IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-617-FDW-DCK

| TARA OSBORNE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CUTTING EDGE PIZZA, LLC, d/b/a LITTLE CAESARS; LITTLE CAESAR ENTERPRISES, INC. d/b/a LITTLE CAESARS; ANDRE PAIGE; and PHILLIP NORRIS, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Kyle R. Still, concerning Mary E.R. Bartholic on December 18, 2015. Ms. Mary E.R. Bartholic seeks to appear as counsel *pro hac vice* for Defendants Cutting Edge Pizza, L.L.C.; Little Caesar Enterprises, Inc.; Andre Paige; and Phillip Norris. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Ms. Mary E.R. Bartholic is hereby admitted *pro hac vice* to represent Defendants Cutting Edge Pizza, L.L.C.; Little Caesar Enterprises, Inc.; Andre Paige; and Phillip Norris.

**SO ORDERED**.

Signed: December 18, 2015

David C. Keesler
United States Magistrate Judge